HOGAN LOVELLS US LLP
Neil R. O'Hanlon (Bar No. 67018)
David W. Skaar (Bar No. 265377)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:     (310) 785-4600
Facsimile:      (310) 785-4601
neil.ohanlon@hoganlovells.com
david.skaar@hoganlovells.com

HOGAN LOVELLS US LLP
Mitchell E. Zamoff
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402-2113
Telephone:     (612) 402-3000
Facsimile:      (612) 402-3001
mitch.zamoff@hoganlovells.com

HOGAN LOVELLS US LLP
Adam K. Levin
Kathryn L. Marshall (Bar No. 282042)
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5710
Facsimile:     (202) 637-5910
adam.levin@hoganlovells.com
kathryn.marshall@hoganlovells.com

Attorneys for Defendant
UNITED HEALTHCARE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY HUMPHREY,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>              Defendant. | Case No.  2:14-CV-01792-MCE-EFB<br><br>**ORDER GRANTING UNITED HEALTHCARE SERVICES, INC.'S MOTION TO CONSOLIDATE AND STAY** |

**ORDER GRANTING UNITED HEALTHCARE**
**SERVICES, INC.'S UNOPPOSED MOTION TO CONSOLIDATE AND STAY**

The Court has considered United Healthcare Services, Inc.'s Unopposed Motion to Consolidate and Stay and the parties' submissions and that Motion is GRANTED.[1]  Accordingly, it is ORDERED that this matter is CONSOLIDATED with Matlock v. United Healthcare Services, Inc., No. 2:13-cv-02206-MCE-EFB, and that the consolidated action is STAYED pending resolution of United's Petition currently pending before the Federal Communications Commission.  The parties in both cases comprising this consolidated action are ordered to file a joint status report in compliance with the Court's order electronically filed in the Matlock action on October 14, 2014 (ECF No. 34).

IT IS SO ORDERED.

Dated:  October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Because oral argument would not be of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local R. 230(g).